IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JASON LATRELL THOMAS,**

    **Plaintiff,**           CV F 06 1332 LJO WMW P

  vs.                        **ORDER RE MOTION (DOC 7)**

**D. SHEPPARD-BROOKS, et al.,**

    **Defendants.**

    **Plaintiff has filed a motion seeking to prosecute this case as a class action.** Plaintiff, however, is a non-lawyer proceeding without counsel. It is well established that a layperson cannot ordinarily represent the interests of a class. See <u>McShane v. United States</u>, 366 F.2d 286 (9th Cir. 1966). This rule becomes almost absolute when, as here, the putative class representative is incarcerated and proceeding pro se. <u>Oxendine v. Williams</u>, 509 F.2d 1405, 1407 (4th Cir. 1975). In direct terms, plaintiff cannot "fairly and adequately protect the interests of the class," as required by Fed. R. Civ. P. 23(a)(4). See <u>Martin v. Middendorf</u>, 420 F.Supp. 779 (D.D.C. 1976). This action, therefore, will not be construed as a class action and instead will be construed as an individual civil suit brought by plaintiff.

    **Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to prosecute this as a class action is denied.**

1
2   IT IS SO ORDERED.
3   **Dated:    August 2, 2007**                    /s/  **William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE
4
5
...
26

2