IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON THOMAS,

       Plaintiff,        CV F 06 1332 LJO WMW PC

  vs.                   FINDINGS AND RECOMMENDATION
                         RE MOTION FOR TEMPORARY RESTRAINING
                         ORDER (DOC 13, 14)

D. SHEPPARD-BROOKS, et al.,

       Defendants.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's motion for a temporary restraining order.

      This action proceeds against Defendants on Plaintiff's claims of deliberate indifference and retaliation. Plaintiff seeks an order from the Court restraining correctional officials from "dealing with the plaintiff's mail, complaints, or anything relating or directly dealing with the Plaintiff.

      The purpose of a preliminary injunction is to preserve the status quo of the balance of equities so heavily favors the moving party that justice requires the court to intervene to secure the positions until the merits of the action are ultimately determined. <u>University of Texas v. Camenisch</u>, 451 U.S. 390, 395 (1981). A preliminary injunction is available to a plaintiff who "demonstrates either (1) a combination of probable success and the possibility of irreparable

1

1 harm, or (2) that serious questions are raised and the balance of hardships tips in its favor."
2 Arcamuzi v. Continental Airlines, Inc., 819 F.2d 935, 937 (9th Cir. 1987).  Under either approach
3 the plaintiff "must demonstrate a significant threat of irreparable injury."  Id.  Also, an injunction
4 should not issue if the plaintiff "shows no chance of success on the merits."  Id.  At a bare
5 minimum, the plaintiff "must demonstrate a fair chance of success on the merits, or questions
6 serious enough to require litigation."  Id.

   Concurrent with this recommendation, an order will be entered, dismissing Plaintiff's
retaliation claims with leave to amend.   Plaintiff's declaration in support of his request for
injunctive relief alleges the same facts as the second amended complaint.  Because there is no
operative pleading regarding these claims, the motion should be denied.

   Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's request for injunctive
relief be denied.

   These findings and recommendations are submitted to the United States District Judge
assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within ten
days after being served with these findings and recommendations, Plaintiff may file written
objections with the court.  Such a document should be captioned "Objections to Magistrate
Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections
within the specified time may waive the right to appeal the District Court's order.  Martinez v.
Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   March 13, 2008**              /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE