IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON LATRELL THOMAS,

       Plaintiff,         CV F 06 1332 LJO WMW PC

  vs.                      ORDER RE MOTION (DOC 15)

D. SHEPPARD-BROOKS, et al.,

       Defendants.

     Plaintiff has filed a motion titled as a notice to the court regarding his attempts at filing prison grievances. Until such time as that issue is raised in a motion, the court it is premature to address issues of exhaustion. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied as premature.

IT IS SO ORDERED.

**Dated:  March 26, 2008**             /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE

1