IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON LATRELL THOMAS,

    Plaintiff,                       1: 06 CV 1332 LJO WMW PC

    vs.                            ORDER RE: FINDINGS & RECOMMENDATIONS (#28)

D. SHEPPARD-BROOKS, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On February 10, 2009, findings and recommendations were entered, recommending dismissal of certain claims and Defendant Adams. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 10, 2009, are adopted in full; and

2. Plaintiff's supervisory liability and equal protection claims are dismissed.

3. Plaintiff's request for injunctive and declaratory relief is denied.

4. Defendant Adams is dismissed.

IT IS SO ORDERED.

**Dated: April 7, 2009**                                /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE