# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | CASE NO. 1:06-cv-01332-LJO-YNP PC |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (Docs. 43, 44) |
| D. SHEPPARD-BROOKS, et al., | |
| Defendants. / | |

Plaintiff Jason Latrell Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court are Plaintiff's motion requesting the Court to serve Plaintiff's complaint on Defendant Garza filed on May 18, 2009 (Doc. #43) and Plaintiff's motion requesting the Court to order Defendants to answer his complaint filed on May 26, 2009 (Doc. #44).

Plaintiff's motions have been rendered moot. A waiver of service was returned executed from Defendant Garza on July 27, 2009. (Doc. #52.) Defendants have answered Plaintiff's complaint by filing a motion to dismiss on June 17, 2009. (Doc. #48.)

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's May 18, 2009 motion requesting the Court to facilitate service of the complaint on Defendant Garza be DENIED; and

2. Plaintiff's May 26, 2009 motion requesting the Court to order Defendants to answer his complaint be DENIED.

IT IS SO ORDERED.

**Dated:   October 5, 2009**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE