IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON THOMAS,

      Plaintiff,                   1: 06 CV 01332 LJO YNP SMS (PC)

  vs.                            ORDER DENYING MOTION FOR
                                  SETTLEMENT CONFERENCE (DOC 72)

D. SHEPPARD-BROOKS, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.  Pending before the court is Plaintiff's motion for a settlement conference filed on March 3, 2010.  This matter is still in discovery and the dispositive motion filing deadline is October 19, 2010.

      Should the parties desire a settlement conference, both Plaintiff and counsel for defendants shall inform the court.  Upon receipt of notification by both sides that they are amenable to settlement, the court will issue further orders and schedules.  The court is not inclined to schedule a settlement conference upon request by one party only.

      Further, should this case proceed beyond the resolution of any dispositive motions, the court will set a further schedule for litigation, including a requirement that the parties advise the court regarding their amenability to settlement.

1 | Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a settlement
2 | conference is denied as premature.

5 | IT IS SO ORDERED.

6 | **Dated:   March 24, 2010**            /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE