IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>  Plaintiff,<br><br>  vs.<br><br>D. SHEPPARD-BROOKS, et al.,<br><br>  Defendants.<br>_____ / | Case No. 1:06-cv-01332 LJO JLT (PC)<br><br>ORDER INSTRUCTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On October 19, 2010, Defendants Sheppard-Brooks, Garza, Gonzales, James, and Wilber filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. (Doc. 94.) In response, on November 17, 2010, Plaintiff filed a motion for an extension of time to file an opposition to Defendants' motion. (Doc. 95.) The Court granted Plaintiff's motion and gave Plaintiff thirty additional days to file an opposition. (Doc. 96.) Nevertheless, the thirty day period has *long* expired and Plaintiff has not filed an opposition or otherwise responded to Defendants' pending motion for summary judgment.

Plaintiff is therefore reminded that Local Rule 230(l) provides, in part, that: "Failure of the responding party to file written opposition or to file a statement of no opposition [within twenty-one days after the date of service of a motion] may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 also provides that failure to comply with the Local Rules "may be grounds

for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court" including, but not limited to, dismissal of the action.

Accordingly, good cause appearing, it is **HEREBY ORDERED** that, within fourteen days of the date of service of this order, Plaintiff shall file an opposition to Defendants' motion for summary judgment filed October 19, 2010. **No further extensions of time will be granted for this purpose, absent a showing of exceptional good cause.** Plaintiff is firmly cautioned that failure to file an opposition will be deemed as a statement of non-opposition to the pending motion.

IT IS SO ORDERED.

Dated:   **May 20, 2011**                                                                        **/s/ Jennifer L. Thurston**
                                                                                        UNITED STATES MAGISTRATE JUDGE