IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D. SHEPPARD-BROOKS, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:06-cv-01332 LJO JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 104) |

　　　　On September 16, 2011, Plaintiff filed a motion for an extension of time to file a late opposition to Defendants' October 19, 2010 motion for summary judgment. (Doc. 104.) The same day, Plaintiff filed his opposition. (Doc. 105.) Plaintiff explains that he was unable to file an opposition earlier because he has been on suicide watch since May 2010. (Doc. 104 at 3.)

　　　　The Court does not find good cause to grant Plaintiff's belated extension of time.[1] Defendants' motion for summary judgment has been pending for almost a year, and the Court has repeatedly instructed Plaintiff to file an opposition. Notably, on May 23, 2011, the Court ordered Plaintiff to file an opposition to Defendants' motion for summary judgment within fourteen days of the Court's order. (Doc. 99 at 2.) The Court explicitly warned Plaintiff in its order that "absent a showing of exceptional good cause" no further extensions of time will be granted for this purpose. (Id.) Plaintiff, nevertheless,

---

[1] The Court issued findings and recommendations on Defendants' motion for summary judgment on September 6, 2011. (Doc. 103.)

1

1  failed to file a timely opposition or otherwise respond to the Court's order.

2  Accordingly, it is **HEREBY ORDERED** that Plaintiff's September 16, 2011 motion for an
3  extension of time to file an opposition (Doc. 104) is **DENIED**.

5  IT IS SO ORDERED.

6  Dated:  **September 19, 2011**                                     /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE