IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | Case No. 1:06-cv-01332 LJO JLT (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 103) |
| D. SHEPPARD-BROOKS, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 6, 2011, the assigned magistrate judge filed findings and recommendations recommending that Defendants' motion for partial summary judgment be granted. (Doc. 103.) The assigned magistrate judge found that Defendants Garza, Sheppard-Brooks, and Gonzales were entitled to summary judgment on Plaintiff's Eighth Amendment claims because Plaintiff failed to produce evidence sufficient to show a genuine issue of material fact with respect to the subjective requirements of Plaintiff's claims. (Id. at 9-12.) In addition, the assigned magistrate judge found that Plaintiff was barred from recovering compensatory damages for mental or emotional distress from Defendants Wilber and James pursuant to 42 U.S.C. § 1997e(e) because Plaintiff did not suffer a physical injury as a result of his second fight with Inmate Sharlhorne. (Id. at 13.)

1    The findings and recommendations contained notice to Plaintiff that any objections to the findings and recommendations were to be served and filed within fourteen days of being served with the findings and recommendations. Nevertheless, as of the date of this order, Plaintiff has not filed objections to the findings and recommendations.[1]

In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 302, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's untimely second opposition, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued September 6, 2011, are **ADOPTED** in full;
2. Defendants' October 19, 2010 motion for partial summary judgment (Doc. 94) is **GRANTED**; and
3. This action shall proceed on Plaintiff's Eighth Amendment failure to protect claims against Defendants Wilber and James.

IT IS SO ORDERED.

**Dated:   September 27, 2011**         /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did, however, attempt to file a second opposition to Defendants' motion for summary judgment. (Doc. 105.)