UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON LATRELL THOMAS )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>D. SHEPPARD-BROOKS, et al. )<br>)<br>Defendants. )<br>_____) | | 1:06-cv-01332-JLT-(PC)<br><br>ORDER VACATING FEBRUARY 2, 2012<br>ORDER AND WRIT OF HABEAS CORPUS AD<br>TESTIFICANDUM TO TRANSPORT JASON L.<br>THOMAS, CDC # T-13205<br><br>(Doc. # 130) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On February 2, 2012, the court issued an order and Writ of Habeas Corpus Ad Testificandum to transport Plaintiff, Jason L. Thomas and commanding Warden, Tim Virga of California State Prison-Sacramento to produce California prisoner Jason L. Thomas, CDC #T-13205 in this court on March 13, 2012, to testify at trial in this action.

On February 1, 2012, Plaintiff was transferred and moved from California State Prison-Sacramento, Repressa, California to Salinas Valley State Prison, Soledad, California.

Accordingly, due to Plaintiff's transfer to Salinas Valley State Prison, IT IS ORDERED that

1

the court's order of February 1, 2012, ordering that a Writ of Habeas Corpus Ad Testificandum issue, and the Writ of Habeas Corpus Ad Testificandum issued on February 2, 2012, commanding the production of inmate, Jason L. Thomas is VACATED.

IT IS SO ORDERED.

Dated:   **February 3, 2012**                                              /s/ Jennifer L. Thurston
                                                                                 UNITED STATES MAGISTRATE JUDGE