

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. THOMAS, | CASE NO. 1:06-cv-01332 JLT (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE EDWARD THOMAS, P-64423, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| SHEPPARD-BROOKS, et al., | |
| Defendants. | |

Inmate Edward Thomas, P-64423, concluded his testimony in the jury trial in this matter on March 13, 2012. Accordingly, Mr. Thomas is no longer needed by the Court as a witness in these proceedings. IT IS HEREBY ORDERED that the writ of habeas corpus ad testificandum as to this inmate is DISCHARGED.

IT IS SO ORDERED.

DATED: March 13, 2012

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1