FILED

MAR 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. ARELLANO___

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>SHEPPARD-BROOKS, et al.,<br><br>    Defendants. | CASE NO. 1:06-cv-01332 JLT (PC)<br><br>NOTICE AND ORDER THAT INMATE JASON L. THOMAS, T-13205, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Inmate Jason L. Thomas, T-13205, concluded his testimony in the jury trial in this matter on March 13, 2012. Accordingly, Mr. Thomas is no longer needed by the Court as a witness in these proceedings. IT IS HEREBY ORDERED that the writ of habeas corpus ad testificandum as to this inmate is DISCHARGED.

IT IS SO ORDERED.

DATED:   March 13, 2012

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE