**FILED**

MAR 13 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHEPPARD-BROOKS, et al.,<br><br>　　　　Defendants. | CASE NO. 1:06-cv-01332 JLT (PC)<br><br>NOTICE AND ORDER THAT INMATE STACEY SHARLHORNE, H-88847, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Inmate Stacey Sharlhorne, H-88847, concluded his testimony in the jury trial in this matter on March 13, 2012. Accordingly, Mr. Sharlhorne is no longer needed by the Court as a witness in these proceedings. IT IS HEREBY ORDERED that the writ of habeas corpus ad testificandum as to this inmate is DISCHARGED.

IT IS SO ORDERED.

DATED:　March 13, 2012　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　JENNIFER L. THURSTON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1